# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MISSOURI

IN THE MATTER OF: ) CASE NO. ~~94-042064~~ 97-21232
)
BRAIN A MEYERHARDT ) Chapter 7
)
DEBTOR )
)

## APPLICATION AND AFFIDAVIT FOR
## REIMBURSEMENT OF UNCLAIMED DIVIDEND

Bob Johnson, d/b/a E.I.S. CO., LLC (Brian A Meyerhardt being duly sworn, deposes and says: That he is the personal representative of the above-named debtor. That the above-named debtor was adjudged a debtor in the United States Bankruptcy Court for the District of Missouri. Dividends amounting to the sum of $ 1,662.43.

It is therefore requested that the Clerk of the U. S. Bankruptcy Court be directed to pay the funds being held in the Registry of the Court to the debtor at the address listed below.

_____
Signature of Applicant

Notary Public: Sworn and     Brian A Meyerhardt
Subscribed to before me this  c/o Bob Johnson, President
2 day of OCT, 2009.            E.I.S. Co., LLC
                               P. O. Box 8721
                               Kansas City, MO 64114
                               FEIN:
                               Telephone: 1-800-377-6992

State of ~~Missouri~~ KANSAS

Seal _____
   Notary Public

NOTARY PUBLIC - State of Kansas
DAVID REEVES
My Appt. Expires 06-12-12

My commission expires: 06-12-12

CERTIFICATE OF SERVICE: The original application along with all supporting documentation was mailed to the U.S. Bankruptcy Court, and a full, complete and true copy of the application and all supporting documentation was mailed to the US Attorney, ATTN:

Mailed as indicated by _____

OCT 6 2009

**E. I. S. CO., LLC**
**P. O. BOX 8721**
**KANSAS CITY, MO 64114**
**1-800-377-6992**
**FAX 1-816-942-0928**
bobjohnson@everest kc.net

OCT 6   2009

US DISTRICT BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
CLERK'S OFFICE
400 E. 9TH STREET
KANSAS CITY, MISSOURI 64106

<u>**Re: Case No. 97-021232  BRAIN A MEYERHARDT**</u>

Enclosed is an original application and supporting documentation of a filing for Unclaimed Funds Recovery in the above referenced case. This is submitted in accordance with the Court Requirements.

If you have any questions or require clarification or further documentation, please advise.

Thank you for your assistance.

Sincerely,

*[signature]*
Bob Johnson, President

Accredited Business – BETTER BUISNESS BUREAU          REGISTERED-LICENSED-INSURED